UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZOJO SOLUTIONS, INC.,

           Plaintiff,

   -against-

           ORDER
           10-CV-4850 (JFB) (ETB)

LEVITON MANUFACTURING CO., INC.,

           Defendant.
-----------------------------------------------------------X
JOSEPH F. BIANCO, District Judge:

On April 12, 2010, defendant Leviton Manufacturing Co., Inc. filed a motion to dismiss in this action. For the reasons set forth in detail on the record on February 25, 2011, the motion to dismiss is granted with leave to re-plead.

IT IS HEREBY ORDERED that, no later than March 18, 2011, plaintiff shall file its first amended complaint.

IT IS FURTHER ORDERED that, no later than March 28, 2011, counsel for the defendant shall provide the Court with a letter regarding whether it requests to renew its motion to dismiss.

           SO ORDERED.

           _____
           JOSEPH F. BIANCO
           UNITED STATES DISTRICT JUDGE

Dated:    February 25, 2011
          Central Islip, New York